UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

IN RE: Estate of ARLENE ANNE
TOWNSEND

Case No: 8:16-cv-615-T-27MAP

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track **ONE** Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

SHERYL L. LOESCH, CLERK

By: *Anne Ohle*
Deputy Clerk

Date: March 23, 2016

Copies: Plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s), and removing defendant(s))