UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Estate of Arlene Anne Townsend,
      Petitioner.

Case No. 8:16-cv-00615-JDM-MAP

_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 23, 2016, true and correct copies of the: (1) Petition for Writ of Mandamus by Estate of Arlene Anne Townsend and Civil Cover Sheet (Docs. 1, 1-1); and (2) the Court's Notice of Designation Under Local Rule 3.05 (Doc. 2) were provided to the Chief United States Bankruptcy Judge Michael G. Williamson via email and mail submission to his law clerk, and were served via email and mail to Steven A. Engel (steven.engel@dechert.com), Katherine M. Wyman (katherine.wyman@dechert.com), and Rodney Anderson, (rod.anderson@hklaw.com), counsel for interested party Rubin Schron.


                                      Respectfully Submitted,

                                       */s/ Joanna M. Greber*
                                       Joanna M. Greber (Fla. Bar. No. 0027830)
                                       James L. Wilkes, II (Fla. Bar No. 040533)
                                       Bennie Lazzara (Fla. Bar No. 119568)
                                       WILKES & McHUGH, P.A.
                                       One N. Dale Mabry Hwy. #800
                                       Tampa, FL  33609
                                       (813) 873-0026 - Phone
                                       (813) 286-8820 – Fax
                                       jimw@wilkesmchugh.com
                                       Bennie@wilkesmchugh.com
                                       jgreber@wilkesmchugh.com
                                       *Counsel for Petitioner the Estate of Arlene Anne Townsend*