UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Estate of Arlene Anne Townsend,

Case No. 8:16-cv-00615-JDW-MAP

Petitioner,

_____/

# RESPONDENT RUBIN SCHRON'S
# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Estate of Juanita Jackson, et al. v. Rubin Schron*, U.S. District Court for the Middle District of Florida, Tampa Division, Case No. 8:16-cv-00022-EAK

*Estate of Juanita Jackson, et al. v. Rubin Schron*, U.S. District Court for the Middle District of Florida, Tampa Division, Case No. 8:16-cv-00464-SDM

____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: April 11, 2016
Tampa, Florida

/s/ Rod Anderson
Rod Anderson
Florida Bar No. 370762
Joseph H. Varner III
Florida Bar No. 0394904
HOLLAND & KNIGHT LLP

P.O. Box 1288
Tampa, FL 33601
Phone: 813-227-8500  Fax: 813-229-0134
rod.anderson@hklaw.com

*and*

Steven A. Engel
DECHERT LLP
1900 K Street NW
Washington, DC 2006
Phone: 202-261-3300  Fax: 202-261-3143

Katherine M. Wyman
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110
Phone: 617-728-7100  Fax: 617-426-6567

*Attorneys for Rubin Schron*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was filed with the Clerk of the United States District Court for the Middle District of Florida by the CM/ECF system, which caused a copy of the foregoing document to be served by email to all counsel of record this 11th day of April, 2016.

*/s/ Rod Anderson*
Attorney